UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP, <br><br>         *Plaintiff*, <br> -against- <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, <br>         *Defendant*. | Civil Action No. 22-02891(NRB) |

## MOTION TO WITHDRAW APPEARANCE BY ANANDA V. BURRA

Upon the accompanying affirmation of Ananda V. Burra, the undersigned respectfully moves this Court to withdraw the appearance of Ananda V. Burra on behalf of Plaintiff.

Dated: July 20, 2022
      New York, New York

                                              EMERY CELLI BRINCKERHOFF
                                              ABADY WARD & MAAZEL LLP
                                              By: _____/s/_____
                                              Ananda V. Burra
                                              600 Fifth Avenue, 10th Floor
                                              New York, NY 10020
                                              (212) 763-5000

                                              *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP,<br><br>    *Plaintiff*,<br>-against-<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>    *Defendant*. | Civil Action No. 22-02891(NRB) |

**AFFIRMATION OF ANANDA V. BURRA
IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

ANANDA V. BURRA, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an associate with the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), attorneys for Plaintiff.

2. I am one of the attorneys of record for Plaintiff in this action.

3. As of July 31, 2022, I am leaving my employment with ECBAWM.

4. Katherine R. Rosenfeld is also an attorney of record for Plaintiff and continues to represent Plaintiff in this action.

5. I am not asserting a retaining or charging lien.

6. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiff in this action.

Dated: July 20, 2022
   New York, New York

                      /s/
                     Ananda V. Burra