UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Furtherance of the                    **ORDER**

Stay of Certain Civil Cases

Pending the Restoration of

 Department of Justice Funding
_____

**WHEREAS**, the Court having issued a <u>Standing Order</u> (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York, it is hereby noted that the cases assigned to the undersigned that are listed below are subject to the terms of the Standing Order.

The Clerk of Court is respectfully directed to enter a copy of this Notice in each listed case.

i.   22-cv-02891
ii.  23-cv-05743
iii. 24-cv-00463

Dated: New York, New York
       October 16, 2025

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE