UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Furtherance of the                              **ORDER**

Stay of Certain Civil Cases

Pending the Restoration of

 Department of Justice Funding

_____

    **WHEREAS**, the Court having issued a Standing Order ("Standing Order") (1:25-mc-00433-LTS) relating to the stay of certain civil cases and the tolling of certain deadlines in cases involving the United States Attorney's Office for the Southern District of New York; and

    **WHEREAS**, we previously ordered that the Clerk of Court enter a copy of that Notice in 22-cv-02891, 23-cv-05743, and 24-cv-00463; and

    **WHEREAS**, "the President [has] sign[ed] a budget," see Standing Order ¶ 2, ending the government shutdown; it is herby

    **ORDERED**, that the stay is lifted and the tolling period is ended in 22-cv-02891, 23-cv-05743, and 24-cv-00463.


Dated: New York, New York
     December 1, 2025

                                    NAOMI REICE BUCHWALD
                         UNITED STATES DISTRICT JUDGE